**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Tiffany Lynn O'Neil Welch and Justin Stephen Lennon, Sr., Defendants,

Of whom Tiffany Lynn O'Neil Welch is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2015-002210

Appeal From Horry County
William J. Wylie, Jr., Family Court Judge

Unpublished Opinion No. 2016-UP-130
Submitted February 8, 2016 – Filed March 4, 2016

**AFFIRMED**

Melanie Carol Nicholson, of Wright, Worley, Pope, Ekster & Moss, PLLC, of North Myrtle Beach, for Appellant.

Charles Richard Rhodes, Jr., of Charles R. Rhodes, Jr., PC, of Conway, for Respondent.

Ian Andrew Taylor, of Taylor Law Office, of Pawleys Island, for the Guardian ad Litem.

---

**PER CURIAM:**  Tiffany Lynn O'Neil Welch appeals the family court's final order terminating her parental rights to her minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2015).  Upon a thorough review of the record and the family court's findings of facts and conclusions of law pursuant to *Ex Parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Welch's counsel.

**AFFIRMED.**[1]

**FEW, C.J., and SHORT and THOMAS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.